UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ADE, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>VIKI, INC.,<br><br>            Defendant. | Case No. 23-cv-02161-RFL<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 108 |

The Court has reviewed Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement. (Dkt. No. 108.) The parties are ordered to address the following issues through a supplemental filing (which may include supplemental declarations) by **October 20, 2025, at 2:00 p.m**.

1. The Court was contacted by a class member who reported having technical difficulties when attempting to register for the settlement, namely, not receiving verification codes required to confirm where settlement payments should be sent (*e.g.*, Zelle, direct deposit, etc.). (*See* Dkt. No. 117.) Was this issue (or similar issues) raised by a significant number of class members? If so, how many, which issue(s), and what was done to address those issue(s)?

2. What are the updated numbers for (a) the number of claims made and (b) the number of claims that remain unresolved?

**IT IS SO ORDERED.**

Dated: October 14, 2025

RITA F. LIN
United States District Judge